**Thomas James HARRELL,**
**Plaintiff—Appellant,**

v.

**George E. CURRIE; James Chapell; Correctional Officer Harris; Correctional Officer Vinson; Sergeant McRae, Defendants—Appellees.**

No. 03–7527.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 5, 2003.

Thomas James Harrell, Appellant pro se.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Thomas James Harrell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Harrell v. Currie,* No. CA–03–597–5 (E.D.N.C. Sept. 17, 2003). We dis-

pense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*